JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angela Byrd <br><br> Plaintiff, <br><br> v. <br><br> Enhanced Recovery Company, LLC <br><br> Defendant. | Case No.: CV10-7454-GAF (FMOx) <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

The parties have filed a Joint Motion to Dismiss the above action. For good cause appearing, this Court hereby orders the entire action dismissed, with prejudice.

**IT IS SO ORDERED.**

Dated: February 22, 2011

_____
Hon. Gary A. Feess
United States District Judge

MINCAL CONSUMER LAW GROUP
San Diego, California